| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:25-cv-01047-AS In Re: Treasures and Gems, Ltd. Appeal Record Sent to USCA - Electronic File |
| **Date:** | Thursday, February 19, 2026 7:39:42 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 2/19/2026 at 7:38 AM EST and filed on 2/19/2026
**Case Name:** In Re: Treasures and Gems, Ltd.
**Case Number:** 1:25-cv-01047-AS
**Filer:**
**WARNING: CASE CLOSED on 02/05/2026**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [48] Notice of Appeal,, filed by Benjamin Nazmiyal, Rachel Greenberg, Michael E. Crane, The Kosher Food Connection LLC, The Wristwatch Caf LLC were transmitted to the U.S. Court of Appeals..(nd)**


**1:25-cv-01047-AS Notice has been electronically mailed to:**

Mitchell Craig Shapiro     mcs@mcshapirolaw.com

Brian James Hufnagel     bjhufnagel@m-t-law.com, hufnagellaw@gmail.com

Eric Jay Snyder     esnyder@wilkauslander.com

Aleksandr Khutoryansky     akhuto@gmail.com

Brett Silverman     brett@getconciergelaw.com

**1:25-cv-01047-AS Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25−cv−01047−AS

In Re: Treasures and Gems, Ltd.
Assigned to: Judge Arun Subramanian
Case in other court:  USBC−SDNY, 24−B−10570 (DSJ)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 02/05/2025
Date Terminated: 02/05/2026
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Treasures and Gems, Ltd.**

**Debtor**

| | | |
|---|---|---|
| **Treasures and Gems, Ltd.** | represented by | **Eric Jay Snyder** |
| | | Wilk Auslander LLP |
| | | 825 Eighth Avenue |
| | | Suite 2900 |
| | | New York, NY 10019 |
| | | 212−981−2328 |
| | | Email: esnyder@wilkauslander.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Appellant**

| | | |
|---|---|---|
| **Benjamin Nazmiyal** | represented by | **Mitchell Craig Shapiro** |
| | | MCShapiro Law Group PC |
| | | Three Grace Avenue |
| | | Suite 100 |
| | | Great Neck, NY 11021 |
| | | 917−446−3628 |
| | | Fax: 646−304−7555 |
| | | Email: mcs@mcshapirolaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Aleksandr Khutoryansky** |
| | | 445 Broadhollow Rd |
| | | Suite 25 |
| | | Melville, NY 11747 |
| | | 917−566−7350 |
| | | Fax: 631−940−8456 |
| | | Email: akhuto@gmail.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brian James Hufnagel** |
| | | Morrison Tenenbaum PLLC |
| | | 87 Walker Street, Floor 2 |
| | | New York, NY 10013 |
| | | 212−620−0938 |
| | | Email: bjhufnagel@m−t−law.com |
| | | *ATTORNEY TO BE NOTICED* |

**Appellant**

| | | |
|---|---|---|
| **Rachel Greenberg** | represented by | **Mitchell Craig Shapiro** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Brian James Hufnagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**Michael E. Crane**                    represented by    **Mitchell Craig Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aleksandr Khutoryansky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian James Hufnagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**The Wristwatch Caf LLC**              represented by    **Mitchell Craig Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aleksandr Khutoryansky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian James Hufnagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Appellant**

**The Kosher Food Connection LLC**      represented by    **Mitchell Craig Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aleksandr Khutoryansky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian James Hufnagel**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Treasures and Gems, Ltd.**            represented by    **Eric Jay Snyder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**1739 2nd Ave Partners LLC**           represented by    **Brett Silverman**
Silveman Law PLLC
4 Terry Terrace
Livingston, NJ 07039
646−281−6008
Email: brett@getconciergelaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2025 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge David S Jones dated January 31, 2025. Bankruptcy Court Case Numbers: 24-B-10570 (DSJ). Certified copies of file received.Document filed by The Wristwatch Caf LLC, Benjamin Nazmiyal, The Kosher Food Connection LLC, Rachel Greenberg, Michael E. Crane. (Attachments: # 1 Exhibit 1 - Bankruptcy Order, # 2 Exhibit 2 - Bankruptcy Order).(bkar) (Entered: 02/05/2025) |
| 02/05/2025 | 2 | CIVIL COVER SHEET filed..(bkar) (Entered: 02/05/2025) |
| 02/05/2025 | | Magistrate Judge Jennifer Willis is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (bkar) (Entered: 02/05/2025) |
| 02/05/2025 | | Case Designated ECF. (bkar) (Entered: 02/05/2025) |
| 02/06/2025 | 3 | FIRST MOTION to Stay *dated February 6, 2025*. Document filed by Benjamin Nazmiyal, Michael E. Crane, The Wristwatch Caf LLC, The Kosher Food Connection LLC. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A 1/30/25 Confirmation Order, # 3 Exhibit Exhibit B 1/31/25 Order Approving Sale, # 4 Exhibit Transcript Dated 1/27/25, # 5 Exhibit Transcript Dated 1/28/25, # 6 Supplement Brief in Support, # 7 Affidavit Declaration in Support, # 8 Exhibit Exhibit A Stipulation and Order, # 9 Exhibit Exhibit B Wristwatch Cafe Lease, # 10 Exhibit Exhibit C Kosher Food Connection Lease, # 11 Exhibit Exhibit D Wristwatch Cafe Operating Agreement, # 12 Exhibit Exhibit E Kosher Food Connection Operating Agreement, # 13 Exhibit Exhibit F Electric Bills, # 14 Exhibit Exhibit G Insurance Proposals, # 15 Exhibit Exhibit H Fixture Receipts, # 16 Exhibit Exhibit I Construction Receipts, # 17 Exhibit Exhibit J Contract of Sale, # 18 Exhibit Exhibit K Rent Receipts for Wristwatch Cafe, # 19 Exhibit Exhibit L Rent Receipts for Kosher Food Connection, # 20 Exhibit Exhibit M HPD Violations, # 21 Exhibit Exhibit N Motion of Debtor to Approve, # 22 Exhibit Exhibit O Repetto Declaration, # 23 Exhibit Exhibit P Subpoena).(Khutoryansky, Aleksandr) (Entered: 02/06/2025) |
| 02/07/2025 | 4 | FIRST LETTER addressed to Judge Arun Subramanian from Aleksandr Khutoryansky dated February 7, 2025 re: motion for stay. Document filed by Benjamin Nazmiyal, The Wristwatch Caf LLC, The Kosher Food Connection LLC..(Khutoryansky, Aleksandr) (Entered: 02/07/2025) |
| 02/07/2025 | 5 | FIRST MEMORANDUM OF LAW in Opposition re: 3 FIRST MOTION to Stay *dated February 6, 2025.* . Document filed by Treasures and Gems, Ltd.. (Attachments: # 1 Exhibit Reply, # 2 Exhibit Cancellation Notice, # 3 Exhibit 2020 Rent Roll).(Snyder, Eric) (Entered: 02/07/2025) |
| 02/07/2025 | 6 | ORDER denying 3 Motion to Stay. Appellants' motion for a stay is DENIED. The Clerk of Court is directed to terminate the motion at Dkt. 3. SO ORDERED. (Signed by Judge Arun Subramanian on 2/7/2025) (sgz) (Entered: 02/07/2025) |
| 02/19/2025 | 7 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/6/2025 before Judge Arun Subramanian. Court Reporter/Transcriber: Kristen Carannante, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025.(js) (Entered: 02/19/2025) |
| 02/19/2025 | 8 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a REMOTE CONFERENCE proceeding held on 2/6/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request |

| | | Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 02/19/2025) |
|---|---|---|
| 02/28/2025 | 9 | NOTICE OF APPEARANCE by Mitchell Craig Shapiro on behalf of Benjamin Nazmiyal, Rachel Greenberg, Michael E. Crane, The Wristwatch Caf LLC, The Kosher Food Connection LLC..(Shapiro, Mitchell) (Entered: 02/28/2025) |
| 02/28/2025 | 10 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellants Benjamin Nazmiyal, Rachel Greenberg, Michael E. Crane, The Wristwatch Caf LLC, The Kosher Food Connection LLC. (Attachments: # 1 Exhibit Transcript re Hearing Held on 1/27/2025 in Bankruptcy Court, BK doc#110, # 2 Exhibit Transcript re Hearing Held on 1/28/2025 in Bankruptcy Court, BK doc#109, # 3 Exhibit Objector Exh 1 —— Kosher Food Connection lease, # 4 Exhibit Objector Exh 2 —— Wristwatch Cafe lease, # 5 Exhibit Add'l Exh 1 —— Deed from Debtor to non–bidding entity 1739 2nd Ave Partners LLC, # 6 Exhibit Add'l Exh 2 —— Article of Inc for non–bidding entity 1739 2nd Ave Partners LLC, # 7 Appendix Statement of Issues on Appeal).(Shapiro, Mitchell) (Entered: 02/28/2025) |
| 03/03/2025 | 11 | TRANSCRIPT of Proceedings re: REMOTE CONFERENCE held on 2/6/2025 before Judge Arun Subramanian. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/24/2025. Redacted Transcript Deadline set for 4/3/2025. Release of Transcript Restriction set for 6/2/2025. (js) (Entered: 03/03/2025) |
| 03/03/2025 | 12 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a REMOTE CONFERENCE proceeding held on 2/6/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 03/03/2025) |
| 03/03/2025 | 13 | ORDER By March 7, 2025, the parties should advise the Court as to whether any live dispute between the parties remains. SO ORDERED. (Signed by Judge Arun Subramanian on 2/28/2025) (jca) (Entered: 03/03/2025) |
| 03/07/2025 | 14 | RESPONSE re: 13 Order . Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 03/07/2025) |
| 03/07/2025 | 15 | LETTER addressed to Judge Arun Subramanian from Mitchell C. Shapiro, Esq. dated March 7, 2025 re: status of appeal and live issus in response to ECF Doc 13. Document filed by Benjamin Nazmiyal, Rachel Greenberg, Michael E. Crane, The Wristwatch Caf LLC, The Kosher Food Connection LLC..(Shapiro, Mitchell) (Entered: 03/07/2025) |
| 03/13/2025 | 16 | MOTION to Intervene *as Appelle by 1739 2nd Ave Partners LLC*. Document filed by 1739 2nd Ave Partners LLC..(Silverman, Brett) (Entered: 03/13/2025) |
| 03/13/2025 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION to Intervene *as Appelle by 1739 2nd Ave Partners LLC*. . Document filed by 1739 2nd Ave Partners LLC..(Silverman, Brett) (Entered: 03/13/2025) |
| 03/18/2025 | 18 | MOTION to Dismiss *Appeal*. Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 03/18/2025) |
| 03/18/2025 | 19 | LETTER addressed to Judge Arun Subramanian from Eric Snyder dated March 18, 2025 re: Motion to Dismiss Appeal. Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 03/18/2025) |
| 03/19/2025 | 20 | MEMO ENDORSEMENT on re: 19 Letter filed by Treasures and Gems, Ltd. ENDORSEMENT In light of the pending motion to dismiss, the briefing requirements set forth in Federal Rules of Bankruptcy Procedure 8018(a) are ADJOURNED sine die. The Court will set forth a briefing schedule after it decides the motion to dismiss, if necessary. SO ORDERED. (Signed by Judge Arun Subramanian on 3/19/2025) (jca) |

| | | |
|---|---|---|
| | | (Entered: 03/19/2025) |
| 03/24/2025 | 21 | NOTICE OF APPEARANCE by Brian James Hufnagel on behalf of Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Hufnagel, Brian) (Entered: 03/24/2025) |
| 03/24/2025 | 22 | ORDER granting 16 Motion to Intervene. Accordingly, 1739's motion to intervene is GRANTED. 1739 shall file any response to appellee's motion to dismiss by Monday, March 31, 2025. The Clerk of Court is directed to terminate the motion at Dkt. 16. SO ORDERED. (Signed by Judge Arun Subramanian on 3/24/2025) (vfr) (Entered: 03/24/2025) |
| 03/24/2025 | | Set/Reset Deadlines: Responses due by 3/31/2025 (vfr) (Entered: 03/24/2025) |
| 03/24/2025 | 23 | LETTER MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Dismiss *Appeal*. addressed to Judge Arun Subramanian from Mitchell C. Shapiro dated March 24, 2025. Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Shapiro, Mitchell) (Entered: 03/24/2025) |
| 03/24/2025 | 24 | LETTER RESPONSE to Motion addressed to Judge Arun Subramanian from Eric Snyder dated March 24, 2025 re: 23 LETTER MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Dismiss *Appeal*. addressed to Judge Arun Subramanian from Mitchell C. Shapiro dated March 24, 2025. . Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 03/24/2025) |
| 03/24/2025 | 25 | LETTER RESPONSE to Motion addressed to Judge Arun Subramanian from Brett S. Silverman dated March 24, 2025 re: 23 LETTER MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Dismiss *Appeal*. addressed to Judge Arun Subramanian from Mitchell C. Shapiro dated March 24, 2025. . Document filed by 1739 2nd Ave Partners LLC..(Silverman, Brett) (Entered: 03/24/2025) |
| 03/24/2025 | 26 | ORDER granting in part 23 Letter Motion for Extension of Time to File Response/Reply. The request is GRANTED in part. Appellants may file their opposition on April 1, 2025. The Clerk of Court is directed to terminate the motion at Dkt. 23. SO ORDERED. Responses due by 4/1/2025. (Signed by Judge Arun Subramanian on 3/24/2025) (jca) Modified on 3/26/2025 (jca). (Entered: 03/24/2025) |
| 03/26/2025 | 27 | LETTER addressed to Judge Arun Subramanian from Eric J. Snyder dated March 26, 2025 re: Seeking Clarafication of Docket Entry. Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 03/26/2025) |
| 03/27/2025 | 28 | MEMO ENDORSEMENT on re: 27 Letter filed by Treasures and Gems, Ltd. ENDORSEMENT: The quoted minute entry appears to be a docketing error. The parties should abide by the Court's order at Dkt. 26 (granting the requested extension in part) and don't need to file a joint letter. SO ORDERED. (Signed by Judge Arun Subramanian on 3/27/2025) (ar) (Entered: 03/27/2025) |
| 04/01/2025 | 29 | RESPONSE in Opposition to Motion re: 18 MOTION to Dismiss *Appeal*. . Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Hufnagel, Brian) (Entered: 04/01/2025) |
| 04/02/2025 | 30 | DECLARATION of Michael E. Crane in Opposition re: 18 MOTION to Dismiss *Appeal*.. Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Shapiro, Mitchell) (Entered: 04/02/2025) |
| 04/02/2025 | 31 | RESPONSE in Opposition to Motion re: 18 MOTION to Dismiss *Appeal*. *Exhibits to Crane Declaration dated April 1 2024 reformatted for ECF acceptance*. Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC. (Attachments: # 1 Exhibit 1−Nazmiyal Contract of Sale 1739 Second Avenue, # 2 Exhibit 2−Notice of Bankruptcy, # 3 Exhibit 3−Order Staying Nazmiyal Specific Performance Case, # 4 Exhibit 4−Kenden Payoff Letter (April 24, 2023), # 5 Exhibit 5−Nazmiyal Appraisal 1739 Second Avenue ($4,800,000), # 6 Exhibit 6−Declaration Of Nazmiyal and Offer To Purchase (July 31, 2025) [bk ECF 26], # 7 Exhibit 7−Declaration Of Crane and Offer To Purchase (July 31, 2025) [BK ECF 27], # 8 Exhibit 8−Debtor/Metro Appraisal 1739 Second Avenue ($8,800,000), # 9 Exhibit 9−Letter Opposing Sale Order By Aleksandr |

| | | |
|---|---|---|
| | | Khutoryansky, # 10 Exhibit 10−Articles Of Incorporation Of Tristar and 1739 Corporate Registration, # 11 Exhibit 11−Mortgage ($5,100,000) 1739 Second Avenue, # 12 Exhibit 12−Mortgage ($2,132,500) 1739 Second Avenue, # 13 Exhibit 13−Assignment Of Leases ($5,100,000) 1739 Second Avenue, # 14 Exhibit 14−Assignment Of Leases ($2,132,500) 1739 Second Avenue, # 15 Exhibit 15−Satisfaction Of Mortgage dated February 6, 2025, # 16 Exhibit 16−Police Report Of Burglary and Theft Wristwatch Caf LLC).(Shapiro, Mitchell) (Entered: 04/02/2025) |
| 04/08/2025 | 32 | REPLY to Response to Motion re: 18 MOTION to Dismiss *Appeal. Ex. A−Op. Agt.−Tristar Management Assocs., Ex. B−Bid Acknowledgement, Ex. C−Corr. between counsel for Appellants and Buyer.* Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 04/08/2025) |
| 04/08/2025 | 33 | JOINDER to join re: 32 Reply to Response to Motion, 18 MOTION to Dismiss *Appeal. .* Document filed by 1739 2nd Ave Partners LLC..(Silverman, Brett) (Entered: 04/08/2025) |
| 08/05/2025 | 34 | LETTER addressed to Judge Arun Subramanian from Eric Snyder dated August 5, 2025 re: Cases Decided Since Motion to Dismiss Filed. Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 08/05/2025) |
| 12/29/2025 | 35 | ORDER: Appellants, if they still intend to pursue this appeal, shall file a letter no longer than three single−spaced pages limited to the following issues: what monetary damages they believe are viable on this appeal, the legal basis for such damages, whether they sought such damages in the bankruptcy court (with citations to the record), and why this claim for damages would not be equitably moot. That letter is due by January 9, 2026, and Appellee may file a reply no longer than three pages by January 16, 2026. If appellants are no longer pursuing this appeal, they may so inform the Court in lieu of filing their letter. (Signed by Judge Arun Subramanian on 12/29/2025) (sgz) (Entered: 12/29/2025) |
| 01/09/2026 | 36 | FIRST LETTER MOTION to Continue *Submissions in Response to Court's 12/29/2025 Order ECF 35* addressed to Judge Arun Subramanian from Mitchell C. Shapiro, Esq. dated January 9, 2026., LETTER MOTION for Extension of Time to File *Appellants' Letter Submission, due 01092026* addressed to Judge Arun Subramanian from Mitchell C. Shapiro, Esq. dated January 9, 2026. Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Shapiro, Mitchell) (Entered: 01/09/2026) |
| 01/09/2026 | 37 | RESPONSE in Opposition to Motion re: 18 MOTION to Dismiss *Appeal. as Directed by Court's 12292025 Order ECF 35.* Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Shapiro, Mitchell) (Entered: 01/09/2026) |
| 01/12/2026 | 38 | ORDER granting 36 Letter Motion to Continue; granting 36 Letter Motion for Extension of Time to File. GRANTED. And any reply is due by January 27, 2026 and is limited to two pages. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 36. SO ORDERED. (Signed by Judge Arun Subramanian on 1/12/2026) (sgz) (Entered: 01/12/2026) |
| 01/15/2026 | 39 | RESPONSE in Opposition to Motion re: 18 MOTION to Dismiss *Appeal. −− Letter Supplementation Requested By Court ECF 35, 38.* Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC. (Attachments: # 1 Exhibit Exh 1 Pictures of Vacant Stores 012026, # 2 Exhibit Exh 2 Pictures of Stores Occupied 2022).(Shapiro, Mitchell) (Entered: 01/15/2026) |
| 01/27/2026 | 40 | LETTER addressed to Judge Arun Subramanian from Eric Snyder dated January 27, 2026 re: Response to Submission by Appellants, re: Equitable Mootness and Monetary Relief [ECF 39]. Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 01/27/2026) |
| 01/28/2026 | 41 | LETTER MOTION for Extension of Time to File Response/Reply *to ECF 40, belatedly filed on 1/27/2026 by appellee, based on Court's prior order ECF 38 providing appellants right to reply 5 days after appellee's response* addressed to Judge Arun Subramanian from Mitchell Craig Shapiro dated January 27, 2026. Document |

| | | filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Shapiro, Mitchell) (Entered: 01/28/2026) |
|---|---|---|
| 01/28/2026 | 42 | LETTER addressed to Judge Arun Subramanian from Eric Snyder dated January 28, 2026 re: Seeking Clarafication of Docket Entry. Document filed by Treasures and Gems, Ltd...(Snyder, Eric) (Entered: 01/28/2026) |
| 01/28/2026 | 43 | ORDER granting 41 Letter Motion for Extension of Time to File Response/Reply. GRANTED. Appellants may file a two−page reply by February 2, 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 41. Replies due by 2/2/2026. (Signed by Judge Arun Subramanian on 1/28/2026) (sgz) (Entered: 01/28/2026) |
| 02/02/2026 | 44 | LETTER addressed to Judge Arun Subramanian from Mitchell Craig Shapiro dated February 2, 2026 re: Letter in Reply to ECF 40 and in Further Support of ECF 39 and ECF 29 re: equitable mootness and Appellants' possessory rights. Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC..(Shapiro, Mitchell) (Entered: 02/02/2026) |
| 02/03/2026 | 45 | OPINION AND ORDER re: 18 MOTION to Dismiss *Appeal* filed by Treasures and Gems, Ltd. For these reasons, the motion to dismiss the appeal is GRANTED and the Clerk of Court is respectfully directed to close this case. SO ORDERED. (Signed by Judge Arun Subramanian on 2/3/2026) (sgz) (Entered: 02/03/2026) |
| 02/03/2026 | | Transmission to Orders and Judgments Clerk. Transmitted re: 45 Memorandum & Opinion, to the Orders and Judgments Clerk. (sgz) (Entered: 02/04/2026) |
| 02/05/2026 | 46 | CLERK'S JUDGMENT re: 45 Memorandum & Opinion. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated February 3, 2026, the motion to dismiss the appeal is GRANTED and the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 2/5/2026). (tp) (Main Document 46 replaced on 2/5/2026) (tp). (Entered: 02/05/2026) |
| 02/17/2026 | 47 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC. Filing fee $ 605.00, receipt number ANYSDC−32419661. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A −− order appealed from, # 2 Affidavit Affirmation of Service).(Shapiro, Mitchell) Modified on 2/17/2026 (nd). (Entered: 02/17/2026) |
| 02/17/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Mitchell Shapiro to RE−FILE Document No. 47 Notice of Appeal,,... The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re−file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 02/17/2026) |
| 02/18/2026 | 48 | NOTICE OF APPEAL from 45 Memorandum & Opinion, 46 Clerk's Judgment,. Document filed by Michael E. Crane, Rachel Greenberg, Benjamin Nazmiyal, The Kosher Food Connection LLC, The Wristwatch Caf LLC. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Exh. A −− ECF 45 0203206 Order Appealed From, # 2 Exhibit Exh. B −− ECF 46 02052026 Judgment Appealed From, # 3 Affidavit Affirmation of Service of Amended Notice of Appeal).(Shapiro, Mitchell) Modified on 2/19/2026 (nd). (Entered: 02/18/2026) |
| 02/19/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 48 Notice of Appeal,,..(nd) (Entered: 02/19/2026) |
| 02/19/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 48 Notice of Appeal,, filed by Benjamin Nazmiyal, Rachel Greenberg, Michael E. Crane, The Kosher Food Connection LLC, The Wristwatch Caf LLC were transmitted to the U.S. Court of Appeals..(nd) (Entered: 02/19/2026) |
| 02/19/2026 | | Appeal Fee Paid electronically via Pay.gov: for 48 Notice of Appeal,,. Filing fee $ 605.00. Pay.gov receipt number ANYSDC−32419661, paid on 2/18/2026..(nd) |

| | | (Entered: 02/19/2026) |